# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | | |
|---|---|---|
| MICKIE CARRICO | § | |
| Plaintiff, | § | |
| | § | Civil Action No. _____ |
| versus. | § | |
| | § | FILED ELECTRONICALLY |
| CRST MALONE, INC., | § | |
| CRST MALONE, INC.; CRST | § | |
| INTERNATIONAL, INC.; CRST | § | |
| EXPEDITED, INC.; and TYRON | § | |
| JEROME CHAMBERS | § | |
| Defendants. | § | |
| | § | |

## INDEX OF DOCUMENTS FROM STATE COURT ACTION

Defendants CRST Malone, Inc., CRST International, INC., CRST Expedited, Inc., and Tyron Jerome Chambers ("Defendants") respectfully submit this Index of Documents from State Court Action, as follows:

The following is an index of all filings entered by the state court in Case Number 030184; *Mickie Carrico v. CRST Malone, Inc., et al.*; In the 411th Judicial District Court of Polk County, Texas:

| NO. | NAME OF DOCUMENT | DATE FILED |
|---|---|---|
| 1. | Plaintiff's Original Petition and request for Disclosure with Citations | 09/02/2016 |
| 2. | Plaintiff's Notice of Filing Service Returns | 09/27/2016 |
| 3. | Defendants' Original Answer to Plaintiff's Original Petition | 10/10/2016 |

# EXHIBIT "A"

CIV30184

GIVIL

030184

Filed 9/2/2016 3:17:13 PM
Bobbye Richards
District Clerk
Polk County, Texas

CAUSE NO. _____

Charles Moore, Deputy

| | | |
|---|---|---|
| MICKIE CARRICO | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | POLK COUNTY, TEXAS |
| CRST MALONE, INC.; CRST | § | |
| INTERNATIONAL, INC.; CRST | § | |
| EXPEDITED, INC.; and TYRON JEROME | § | |
| CHAMBERS | § | 411th |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE

Plaintiff Mickie Carrico complains of Defendants CRST Malone, Inc., CRST International, Inc.. CRST Expedited, Inc. (collectively referred to as the "CRST Defendants"), and Tyron Jerome Chambers (collectively referred to as "Defendants"), and would respectfully show that:

### I.

### Discovery Control Plan

1.     Discovery in the matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

### II.

### Jurisdiction and Venue

2.     The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to this claim occurred in Polk County, Texas.  Plaintiff pleads damages in excess of $1,000,000.00.

Page 1 of 8

A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

### III.

#### Parties

3.  Plaintiff is a resident citizen of Texas.

4.  Defendant CRST Malone, Inc. is a business entity with its principal place of business in Alabama.  Despite conducting and engaging in business in the State of Texas and having substantial and significant contacts with the State of Texas, Defendant CRST Malone, Inc. does not maintain a registered agent or a regular place of business in the State of Texas. Accordingly, the Texas Secretary of State is the agent for service on Defendant CRST Malone, Inc.  TEX. CIV. PRAC. & REM. CODE § 17.044(b).  The Secretary of State will then forward process via certified mail, return receipt requested, to Defendant CRST Malone, Inc.'s home office, in the attention of its President, Bill K. Cherry, at 1901 Floyd Bradford Road, Trussville, Alabama 35173.

5.  Defendant CRST International, Inc. is a business entity with its principal place of business in Iowa.  Despite conducting and engaging in business in the State of Texas and having substantial and significant contacts with the State of Texas, Defendant CRST International, Inc. does not maintain a registered agent or a regular place of business in the State of Texas.   Accordingly, the Texas Secretary of State is the agent for service on Defendant CRST International, Inc.  TEX. CIV. PRAC. & REM. CODE § 17.044(b).   The Secretary of State will then forward process via certified mail, return receipt requested, to Defendant CRST International, Inc.'s home office, in the attention of its President, David L. Rusch, at 3930 16th Ave. SW, Cedar Rapids, Iowa 52406.



A CERTIFIED COPY
Page _____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

6.      Defendant CRST Expedited, Inc. is a business entity with its principal place of business listed as Dallas, Texas based upon its filings with the Texas Secretary of State.  It may be served with process by and through its registered agent, National Corporate REsaerch, Ltd., 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

7.      Defendant Tyron Jerome Chambers is an individual residing in Arkansas and doing business in Texas.  Defendant may be served with process at 32 Maryton Park Cove, Little Rock, Arkansas 72204, or wherever he may be found.

8.      To the extent that any Defendant is conducting business relevant to the allegations made the basis of this suit under a trade name, assumed name, unincorporated association or entity, private corporation, partnership, or other business name, notice is hereby given that this suit is further brought against such entities as allowable by law and that an appearance and Answer be made under such name pursuant to TEX. R. CIV. P. 28.

## IV.

### Facts

9.      This lawsuit is necessary as a result of personal injuries that Plaintiff suffered in Polk County, Texas, on September 18, 2014.  At that time, Defendant Tyron Jerome Chambers was driving northbound on US Highway 59, a public road, in Polk County, Texas, operating a tractor-trailer owned and/or otherwise under the control of the CRST Defendants. Plaintiff was operating his vehicle ahead of Defendants and was slowed in traffic with other vehicles on the highway.  Suddenly, and without warning, Defendant Tyron Jerome Chambers caused his tractor-trailer to ram into numerous cars on the highway, causing a chain reaction collision, which ultimately resulted in a collision involving Plaintiff's vehicle .



A CERTIFIED COPY
Page ____5____ of _12_
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

As a result of Defendants' negligence, Plaintiff suffered severe personal injuries and property damage, for which he now brings this suit.

10.     At the time of the collision, the CRST Defendants had entrusted their tractor-trailer to Defendant Tyron Jerome Chambers and had tasked Defendant Tyron Jerome Chambers to operate their vehicle and trailer.  Further, at all times relevant to this matter, Defendant Tyron Jerome Chambers was in the course and scope of his employment with the CRST Defendants. As such, the CRST Defendants are responsible for the acts and omissions of its employee, agent, and/or individual under its control under the legal theory of *respondeat superior.*

11.     Plaintiff sustained injuries because of Defendant Tyron Jerome Chambers' negligence, gross negligence, and negligence *per se* when Defendant Chambers:

- Failed to remain attentive while driving;

- Operated the vehicle while fatigued or tired;

- Failed to maintain a single lane;

- Failed to maintain a safe speed;

- Failed to keep a proper lookout;

- Failed to brake properly;

- Failed to avoid the collision;

- Failed to keep the vehicle under proper control;

- Failed to operate the vehicle safely;

- Failed to exercise appropriate caution given traffic conditions;

- Failed to follow applicable safety guidelines and procedures;

A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

- Failed to properly maintain the vehicle;

- Failed to properly inspect the vehicle before operation;

- Failed to control speed, in violation of TEX. TRANS. CODE §545.351;

- Failed to drive attentively, in violation of TEX. TRANS. CODE §545.401;

- Failed to remain aware of surroundings, in violation of TEX. TRANS. CODE §545.401;

- Reckless driving, in violation of TEX. TRANS. CODE §545.40; and

- Violated applicable, local, state, and federal laws and/or regulations; and

- Other acts so deemed negligent.

12.    Pleading further, Defendant Tyron Jerome Chambers' actions constitute negligent *per se*. Specifically, Plaintiff would show as follows:

- Defendant operated the vehicle at an excessive rate of speed in direct violation of TEX. TRANS. CODE §545.351;

- Driving a vehicle in a willful or wanton disregard for the safety of persons in violation of Tex. Trans. Code §545.401; and

- Imperiling other motorists by failing to heed a traffic law, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstance, in violation of TEX. TRANS. CODE §542.301.

13.    Further, Plaintiff sustained injuries because of the negligence, gross negligence, and negligence *per se* of the CRST Defendants, when said Defendants:

- Entrusted a dangerous operator with the vehicle;

- Failed to have adequate safety policies in place;

- Failed to inspect the vehicle before operation;

- Failed to hire competent and/or qualified drivers;



A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

- Placed profit over public safety in maintaining the vehicle;

- Placed profit over public safety in repairing the vehicle;

- Placed profit over public safety in failing to terminate Jorge Mendez;

- Engaged Tyron Jerome Chambers as an agent or employee;

- Ratified or directed Tyron Jerome Chambers' operation of the tractor-trailer;

- Failed to investigate Tyron Jerome Chambers' driving record before hiring him;

- Failed to terminate Tyron Jerome Chambers' when precaution demanded it;

- Failed to properly supervise Tyron Jerome Chambers;

- Failed to properly train Tyron Jerome Chambers;

- Violated applicable, local, state, and federal laws and/or regulations; and

- Other acts so deemed negligent.

14.     The above alleged negligent acts of all Defendants proximately caused severe injuries and damages to Plaintiff, for which she now sues.

15.     Further, the wrongful acts and omissions of Defendants, as described above, is the type of conduct for which the law allows the imposition of exemplary damages in that it constitutes gross negligence.  When viewed objectively from Defendants' standpoint at the time of the occurrence, Defendants' conduct described above involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others, and, Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded



A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

with conscious indifference to the rights, safety, or welfare of others, including Plaintiff. Plaintiff therefore seeks exemplary damages from Defendants in amounts to be determined by the trier of fact.

16.     As a result of these occurrences, Plaintiff sustained injuries to his body, which resulted in physical pain, impairment, mental anguish, and other medical problems. Plaintiff will show that he has sustained severe pain, physical impairment, disfigurement, discomfort, mental anguish, and distress, and that in all reasonable probability, such physical pain, physical impairment, disfigurement, and mental anguish will continue indefinitely. Plaintiff suffered loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with Plaintiff's injuries.

17.     Plaintiff also suffered property damage to his vehicle, loss of use damages, diminished value, and numerous other out-of-pocket expenses as a result of the collision.

### V.

### Jury Demand

18.     Plaintiff hereby demands a trial by jury.

### VI.

### REQUESTS FOR DISCLOSURE

19.     **Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose, within fifty (50) days of service of this request, the information or material described in Rule 194.2.**



A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

### Prayer

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff have judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, actual and consequential damages allowed by law, exemplary damages, and all such other and further relief, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

**TILTON & TILTON, LLP**

Michael S. Tilton
Texas State Bar No. 24056438
John Caston
Texas State Bar No. 24087272
3730 Kirby Drive, Suite 1020
Houston, Texas 77098
Telephone: (713) 774-8600
Facsimile: (713) 222-2124
Email: MTilton@tiltonlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

State of Texas     §
County of Polk     §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true
and correct copy as the same appears on file and/or of record in
the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE ___10-4___ 20_16_

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

Page 8 of 8

Filed 9/2/2016 3:17:13 PM
Bobbye Richards
District Clerk
Polk County, Texas

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ CIV30184 _____ COURT *(FOR CLERK USE ONLY):* _____ 411th

STYLED MICKIE CARRICO VS. CRST MALONE. INC. CRST INTERNATIONAL, INC., CRST ~~Charles Moore, Deputy~~
EXPEDITED, INC., AND TYRON JEROME CHAMBERS
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new suit, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing case information is: |
|---|---|---|
| **Name:** Michael S. Tilton  **Email:** mtilton@tiltonlawfirm.com | Plaintiff(s)/Petitioner(s):  Mickie Carrico | ☒Attorney for Plaintiff/Petitioner  ☐Pro Se Plaintiff/Petitioner  ☐Title IV-D Agency  ☐Other: _____ |
| **Address:** 3730 Kirby Drive, Suite 1020  **Telephone:** 713.774.8600 |  | **Additional Parties in Child Support Case:**  Custodial Parent: |
| **City/State/Zip:** Houston, Texas 77098  **Fax:** 713.222.2124 | Defendant(s)/Respondent(s):  CRST Malone, Inc., CRST International, Inc, CRST | Non-Custodial Parent: |
| **Signature:** [signature]  **State Bar No:** 24056438 | Expedited, Inc. and Tyron Jerome Chambers  [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
| *Debt/Contract*  ☐Consumer/DTPA  ☐Debt/Contract  ☐Fraud/Misrepresentation  ☐Other Debt/Contract: | ☒Assault/Battery  ☒Construction  ☒Defamation  *Malpractice*  ☐Accounting  ☐Legal  ☒Medical  ☒Other Professional Liability: ___ | ☒Eminent Domain/ Condemnation  ☒Partition  ☒Quiet Title  ☐Trespass to Try Title  ☐Other Property: ___ | ☒Annulment  ☒Declare Marriage Void  *Divorce*  ☐With Children  ☐No Children | ☒Enforcement  ☒Modification—Custody  ☒Modification—Other |
| *Foreclosure*  ☐Home Equity—Expedited  ☐Other Foreclosure  ☐Franchise  ☐Insurance  ☒Landlord/Tenant  ☐Non-Competition  ☐Partnership  ☐Other Contract: ___ | ☒Motor Vehicle Accident  ☒Premises  *Product Liability*  ☒Asbestos/Silica  ☒Other Product Liability List Product: ___ ___  ☒Other Injury or Damage: | **Related to Criminal Matters**  ☐Expunction  ☐Judgment Nisi  ☐Non-Disclosure  ☐Seizure/Forfeiture  ☒Writ of Habeas Corpus— Pre-indictment  ☐Other: ___ | **Other Family Law**  ☒Enforce Foreign Judgment  ☐Habeas Corpus  ☐Name Change  ☐Protective Order  ☒Removal of Disabilities of Minority  ☐Other: ___ | **Title IV-D**  ☒Enforcement/Modification  ☒Paternity  ☒Reciprocals (UIFSA)  ☒Support Order  **Parent-Child Relationship**  ☒Adoption/Adoption with Termination  ☒Child Protection  ☒Child Support  ☒Custody or Visitation  ☒Gestational Parenting  ☒Grandparent Access  ☒Paternity/Parentage  ☒Termination of Parental Rights  ☒Other Parent-Child: ___ |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination  ☐Retaliation  ☐Termination  ☐Workers' Compensation  ☐Other Employment: | ☒Administrative Appeal  ☒Antitrust/Unfair Competition  ☒Code Violations  ☒Foreign Judgment  ☒Intellectual Property | ☒Lawyer Discipline  ☒Perpetuate Testimony  ☒Securities/Stock  ☒Tortious Interference  ☒Other: ___ | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐Tax Appraisal  ☐Tax Delinquency  ☐Other Tax | *Probate/Wills/Intestate Administration*  ☒Dependent Administration  ☒Independent Administration  ☒Other Estate Proceedings | ☒Guardianship—Adult  ☒Guardianship—Minor  ☐Mental Health  ☐Other: ___ | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court  ☒Arbitration-related  ☐Attachment  ☐Bill of Review  ☐Certiorari  ☐Class Action | ☒Declaratory Judgment  ☒Garnishment  ☒Interpleader  ☒License  ☒Mandamus  ☒Post-judgment | ☒Prejudgment Remedy  ☒Protective Order  ☒Receiver  ☐Sequestration  ☒Temporary Restraining Order/Injunction  ☒Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

A CERTIFIED COPY
Page ___ 9 ___ of ___ 12 ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

A CERTIFIED COPY
Page _____ 10 _ of _ 12
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## CIVIL PROCESS REQUEST FORM

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____        **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse for Types): Plaintiff's Original Petition and Request for Disclosure _____

**FILE DATE OF MOTION:** 09/02/2016 _____
                         Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  **NAME:** CRST Expedited, Inc. _____

    **ADDRESS:** 1601 Elm Street, Suite 4360, Dallas, Texas 75201 _____

    **AGENT,** (if applicable): National Corporate Research, Ltd. _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____  Phone: _____
- ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  - Type of Publication:  ☐ **COURTHOUSE DOOR,** or
  - ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☑ **OTHER,** explain  Please email to Stanner@tiltonlawfirm.com

**ATTENTION: Effective June1, 2010**

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,

**********************************************************************************************

2.  **NAME:** Tyron Jerome Chambers _____

    **ADDRESS:** 32 Maryton Park Cove, Little Rock, Arkansas 72204 or wherever he may be found _____

    **AGENT,** (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____  Phone: _____
- ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  - Type of Publication:  ☐ **COURTHOUSE DOOR,** or
  - ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☑ **OTHER,** explain  Please email to Stanner@tiltonlawfirm.com

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Michael S. Tilton _____        **TEXAS BAR NO./ID NO.** 24056438 _____

**MAILING ADDRESS:** 3730 Kirby Drive, Suite 1020, Houston, Texas 77098 _____

**PHONE NUMBER:** (713) ____ 774 – 8600 _____   **FAX NUMBER:** (713) ____ 222 – 2124 _____
                 area code  phone number                    area code   fax number

**EMAIL ADDRESS:** mtilton@tiltonlawfirm.com _____

A CERTIFIED COPY
Page _11_ of _12_
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

## CIVIL PROCESS REQUEST FORM

Filed 9/2/2016 3:17:13 PM
Bobbye Richards
District Clerk
Polk County, Texas

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

Charles Moore, Deputy

**CASE NUMBER:** CIV30184          **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition and Request for Disclosure

**FILE DATE OF MOTION:** 09/02/2016 _____
Month/          Day/          Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: CRST Malone, Inc. by serving through the Texas Secretary of State

    ADDRESS: PO Box 12079, Austin, TX 78711, forward via certified mail to 1901 Floyd Bradford Road, Trussville, AL 35173

    AGENT, (if applicable): President, Bill K. Cherry

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                     ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
    Type of Publication:   ☐ **COURTHOUSE DOOR,** or
                           ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☑ **OTHER,** explain Please email to Stanner @tiltonlawfirm.com

**ATTENTION:** Effective June1, 2010

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the
Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage
for mail back. Thanks you,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2.  NAME: CRST International, Inc. by serving through the Texas Secretary of State

    ADDRESS: PO Box 12079, Austin, TX 78711, forward via certified mail to 3930 16th Ave, SW, Cedar Rapids, Iowa 52406

    AGENT, (if applicable): President, David L. Rusch

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                     ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
    Type of Publication:   ☐ **COURTHOUSE DOOR,** or
                           ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☑ **OTHER,** explain Please email to Stanner @ tiltonlawfirm.com

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Michael S. Tilton          TEXAS BAR NO./ID NO. 24056438

MAILING ADDRESS: 3730 Kirby Drive, Suite 1020, Houston, Texas 77098

PHONE NUMBER: (713) 774 – 8600          FAX NUMBER: (713) 222 – 2124
area code    phone number                         area code    fax number

EMAIL ADDRESS: mtilton@tiltonlawfirm.com

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form          Rev. 5/7/10

A CERTIFIED COPY
Page ___ 12 ___ of ___ 12 ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

**CITATION – Personal Service: TRC 99** COPY

THE STATE OF TEXAS                                                  COUNTY OF POLK

CAUSE NO. CIV30184

TO: CRST MALONE, INC. BY SERVING THROUGH THE TEXAS SECRETARY OF STATE, PO BOX 12079, AUSTIN, TX 78711, FORWARD VIA CERTIFIED MAIL TO, PRESIDENT, BILL K. CHERRY, 1901 BRADFORD ROAD, TRUSSVILLE, AL 35173.

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 411TH Judicial District Court of Polk County, Texas 101 W. Mill St., TX 77351 |
|---|---|
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk 101 W. Mill St., Ste. 216, Livingston, Texas 77351 |
| Party or Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff 3730 Kirby Drive, Suite 1020, Houston, TX 77098 Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____, Deputy

## Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named

_____ in person a true copy of this citation, with attached copy(ies) of the _____ at

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | _____ Sheriff/Constable |
|---|---|
| | _____ County, Texas |
| Service ID No. | _____ Deputy/Authorized Person |

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__

_____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order
State of Texas
County of Polk
I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy as the same appears on file and/or of record in the District Clerks Office, the legal depository for such records.

SIGNED AND SEALED THIS DATE ___10-4-2016___ .

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

| CITATION – Personal Service: TRC 99 |
| --- |

THE STATE OF TEXAS

CAUSE NO. **CIV30184**

COUNTY OF POLK COPY

TO: CRST INTERNATIONAL, INC. BY SERVING THROUGH THE TEXAS SECRETARY OF STATE, PO BOX 12079, AUSTIN, TX 78711, FORWARD VIA CERTIFIED MAIL TO PRESIDENT, DAVID L. RUSCH, 3930 16TH AVE, SW, CEDAR RAPIDS, IOWA 52406.

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 411TH Judicial District Court of Polk County, Texas<br>101 W. Mill St., TX 77351 |
| --- | --- |
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk<br>101 W. Mill St., Ste. 216, Livingston, Texas 77351 |
| Party or Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff<br>3730 Kirby Drive, Suite 1020, Houston, TX 77098<br>Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____, Deputy

## Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named

_____

_____ in person a true copy of this citation, with attached copy(ies) of the _____ at

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ | | Sheriff/Constable |
| --- | --- | --- |
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

State of Texas, §
County of Polk, §

I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy the same appears on file and/or of record in the District Clerks Office, the legal depository for such records.

SIGNED AND SEALED THIS DATE _____ 20___

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

| CITATION – Personal Service: TRC 99 |
|---|

THE STATE OF TEXAS                                                    COUNTY OF POLK

CAUSE NO. CIV30184

**TO: CRST EXPEDITED, INC., BY SERVING ITS REGISTERED AGENT, NATIONAL CORPORATE RESEARCH, LTD., 1601 ELM STREET, SUITE 4360, DALLAS, TEXAS 75201.**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 411TH Judicial District Court of Polk County, Texas<br>101 W. Mill St., TX 77351 |
|---|---|
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk<br>101 W. Mill St., Ste. 216, Livingston, Texas 77351 |
| Party or Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff<br>3730 Kirby Drive, Suite 1020, Houston, TX 77098<br>Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____, Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named

_____

_____ in person a true copy of this citation, with attached copy(ies) of

the _____ at

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed to the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____
Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

State of Texas      §
County of Polk      §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true _____ the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE 10-7 20/6.

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

A CERTIFIED COPY
Page _____ / _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## CITATION -- Personal Service: TRC 99

THE STATE OF TEXAS

COUNTY OF POLK
**COPY**

CAUSE NO. CIV30184

**TO: TYRON JEROME CHAMBERS, 32 MARYTON PARK COVE, LITTLE ROCK, ARKANSAS 72204 OR WHEREVER HE MAY BE FOUND.**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| | |
|---|---|
| Court: | 411TH Judicial District Court of Polk County, Texas<br>101 W. Mill St.,  TX 77351 |
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk<br>101 W. Mill St., Ste. 216,  Livingston, Texas 77351 |
| Party or<br>Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff<br>3730 Kirby Drive, Suite 1020, Houston, TX 77098<br>Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____ , Deputy

### Service Return

Came to hand on the _____ day of _____ , 20___ , at _____m., and executed on the _____ day of _____ , 20___ , at _____ M by delivering to the  within named

_____

_____ in person  a true copy of this citation, with attached copy(ies) of

the _____ at

_____

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| | |
|---|---|
| Service Fee: $ _____ | _____ Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. _____ | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day  of _____ , 20___

_____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

State of Texas   §
County of Polk   §

I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy as the same appears on the and/or of record in the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE  10-7  20 16

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV30184

Filed 9/27/2016 6:39:06 PM
Bobbye Richards
District Clerk
Polk County, Texas
Lorie Stringer, Deputy

## CITATION – Personal Service: TRC 99

THE STATE OF TEXAS                                              COUNTY OF POLK

CAUSE NO. CIV30184

TO: CRST EXPEDITED, INC., BY SERVING ITS REGISTERED AGENT, NATIONAL CORPORATE
RESEARCH, LTD., 1601 ELM STREET, SUITE 4360, DALLAS, TEXAS 75201.

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written
answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days
after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 411TH Judicial District Court of Polk County, Texas<br>101 W. Mill St., TX 77351 |
|---|---|
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.;<br>and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk<br>101 W. Mill St., Ste. 216,  Livingston, Texas 77351 |
| Party or<br>Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff<br>3730 Kirby Drive, Suite 1020, Houston, TX 77098<br>Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____, Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the
_____ day of _____, 20___, at _____ M by delivering to the *within named*

_____

_____ in person a true copy of this citation, with attached copy(ies) of

the _____ at

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person
whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing
instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen
years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to
serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___. _____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

AFFIDAVIT
ATTACHED

A CERTIFIED COPY
Page ___1___ of ___6___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## AFFIDAVIT OF ATTEMPTED SERVICE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, the undersigned, individually, make the following representations to the Judge of the said court, to induce her/him to enter an order authorizing me to serve citations and/or other notices issued from his/her court or to confirm to the provisions of a blanket order pursuant to Rule 103 Texas Rules of Civil Procedure. All representations are true and correct to my personal knowledge.

1.  I am not less than 18 years of age.
2.  I am an individual residing the State of Texas.
3.  I am not a party and will not be interested in the outcome of any case in which I request the Court to authorize service by myself.
4.  I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.
5.  I have studied and am familiar with this the TEXAS RULE OF CIVIL PROCEDURE, VERNONS TEXAS CIVIL STATUES, CIVIL PRACTICE AND REMEDIES CODE and all applicable rules and statues relating to service of citation and/or notices.

Before me, the undersigned authority, personally appeared Khang Le, who swore under oath that the following facts are true and correct:

"My name is Khang Le. I am a private process server authorized by the Supreme Court of Texas. I am an agent of Le Process. My business address is 12955 West Willow Place #690028, Houston, Texas 77070.

1.      Came to Hand September 9, 2016 at 9:00 AM– Came to hand Citation with the attached Plaintiff's Original Petition and Request for Disclosure; *In Docket Number CIV30184; In the 411ᵗʰ Judicial District Court of Polk County, Texas; Parties of the Suit Mickie Carrico VS. CRST Malone, Inc.; CRST International, Inc,; CRST Expedited, Inc.; and Tyron Jerome Chambers*

2.      I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUEST** on September 13, 2016 at 11:18 AM a true and correct copy of the above numbered cause to **CRST Expedited, Inc.** by serving its registered agent, National Corporate Research, LTD., 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

3.      **ACCEPTANCE of the above documents was on September 15, 2016 at 11:45 AM.**

4.      See attached green card, certified mail receipt, usps receipt, and print out Product and Tracking Information.

1

A CERTIFIED COPY
Page _____ of ____
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

Khang Le SCH# 00772
License Expires March 31, 2018

**SWORN TO AND SUBSCRIBED BE BEFORE ME,** the undersigned Notary Public.
On this 2d , day of September , 2016 to attest witness my hand and seal of
office.

NOTARY PUBLIC



SUSAN LE
Notary Public, State of Texas
My Commission Expires
July 21, 2018

2

A CERTIFIED COPY
Page ___ of ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

DALLAS, TX 75201

OFFICIAL USE

| | |
|---|---|
| Postage | $3.39 |
| Certified Fee | $2.70 |
| | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $1.36 |
| Total Postage & Fees | $ $7.36 |

Postmark Here

0060 09

09/13/2016
RESEARCH LTD.

Sent To
CRST EXPEDITED INC. NATIONAL CORPORATE
Street & Apt. No., or PO Box No.
1601 ELM STREET SUITE 4360
City, State, ZIP+4®
DALLAS, TEXAS 75201

7014 2870 0001 7462 4641

PS Form 3800, July 2014                 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CRST EXPEDITED INC
NATIONAL CORPORATED RESEARCH
1601 ELM STREET SUITE 4360
DALLAS, TEXAS 75201

9590 9403 0662 5183 4957 29

2. Article Number (Transfer from service label)
7014 2870 0001 7462 4641

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ■ Agent   ■ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                      9-16-16

D. Is delivery address different from item 1?  ■ Yes
   If YES, enter delivery address below:        ■ No

LTD

3. Service Type
- ■ Priority Mail Express®
- ■ Registered Mail™
- ■ Adult Signature
- ■ Registered Mail Restricted Delivery
- ■ Adult Signature Restricted Delivery
- ■ Return Receipt for Merchandise
- ■ Certified Mail®
- ■ Certified Mail Restricted Delivery
- ■ Signature Confirmation™
- ■ Collect on Delivery
- ■ Signature Confirmation Restricted Delivery
- ■ Collect on Delivery Restricted Delivery
- ■ Restricted Delivery

Domestic Return Receipt

---

ASHFORD WEST
12655 WHITTINGTON DR
HOUSTON
TX
77077-9998
4803720060
09/13/2016      (800)275-8777      11:18 AM

================================

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope | 1 | $1.36 |
| (Domestic) | | |
| (DALLAS, TX 75201) | | |
| (Weight:0 Lb 2.60 Oz) | | |
| (Expected Delivery Day) | | |
| (Thursday 09/15/2016) | | |
| Certified | 1 | $3.30 |
| (USPS Certified Mail #) | | |
| (70142870000174624641) | | |
| Return Receipt | 1 | $2.70 |
| (USPS Return Receipt #) | | |
| (95909403005625183495729) | | |
| Total | | $7.36 |
| Cash | | $7.36 |

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com)
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

***********************************
BRIGHTEN SOMEONE'S MAILBOX! Greeting
cards available for purchase at select
Post Offices.
***********************************

---

A CERTIFIED COPY
Page ___4___ of _16_
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

USPS.com® - USPS Tracking®                                                                   9/21/16, 10:44 AM

English        Customer Service        USPS Mobile                                      Register / Sign In

# ≋USPS.COM·

## USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000174624641

Expected Delivery Day: Thursday, September 15, 2016

## Product & Tracking Information          ## Available Actions

**Postal Product:**          **Features:**
First-Class Mail®          Certified Mail™          Return Receipt          Text Updates

                          See tracking for related item: 9590940306625183495729          Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 15, 2016 , 11:45 am | Delivered, Left with Individual | DALLAS, TX 75201 |

Your item was delivered to an individual at the address at 11:45 am on September 15, 2016 in
DALLAS, TX 75201

| September 15, 2016 , 4:57 am | Departed USPS Facility | DALLAS, TX 75260 |
| September 14, 2016 , 11:10 am | Arrived at USPS Destination Facility | DALLAS, TX 75260 |
| September 13, 2016 , 11:07 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| September 13, 2016 , 11:16 am | Acceptance | HOUSTON, TX 77077 |

## Track Another Package          ## Manage Incoming Packages

Tracking (or receipt) number          Track all your packages from a dashboard.
                                      No tracking numbers necessary.

|                                    Track It |          Sign up for My USPS ›

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV30184

Filed 9/27/2016 6:39:06 PM
Bobbye Richards
District Clerk
Polk County, Texas

Lorie Stringer, Deputy

## CAUSE NO. <u>CIV30184</u>

| | | |
|---|---|---|
| MICKIE CARRICO | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | POLK COUNTY, TEXAS |
| CRST MALONE, INC.; CRST | § | |
| INTERNATIONAL, INC.; CRST | § | |
| EXPEDITED, INC.; and TYRON JEROME | § | |
| CHAMBERS | § | |
| Defendants. | § | 411TH JUDICIAL DISTRICT |

411TH — rendered as: <u>411</u><sup>TH</sup> JUDICIAL DISTRICT

## <u>PLAINTIFFS' NOTICE OF FILING SERVICE RETURNS</u>

Plaintiff, MICKIE CARRICO, hereby serves and files with the Clerk of the Court the

following SERVICE RETURNS:

- *CRST Expedited, Inc.*
- *CRST International, Inc.*
- *CRST Malone, Inc.*
- *Tyron Jerome Chambers*

Service has been effectuated on each Defendant as proven in the attached Service Returns

with Supporting Affidavits subject thereto.

Respectfully submitted,

**TILTON & TILTON LLP**

*/s/ Michael S. Tilton*
Michael S. Tilton
Texas State Bar No. 24056438
Email: MTilton@tiltonlawfirm.com
River Oaks Tower
3730 Kirby Drive, Suite 1020
Houston, Texas 77098
Telephone: (713) 774-8600
Facsimile: (713) 222-2124

**ATTORNEYS FOR PLAINTIFF**

State of Texas §
County of Polk §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true
and correct copy as the same appears on file and/or of record in
the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE_____10-7-20____

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by_____ Deputy Clerk

A CERTIFIED COPY
Page ____ of 6
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

CIV30184

Filed 9/7/2016 6:39:06 PM
Bobbye Richards
District Clerk
Polk County, Texas

| | |
|---|---|
| **CITATION – Personal Service: TRC 99** | |

THE STATE OF TEXAS                           COUNTY OF POLK    Lorie Stringer, Deputy

CAUSE NO.CIV30184

**TO: CRST INTERNATIONAL, INC. BY SERVING THROUGH THE TEXAS SECRETARY OF STATE, PO BOX 12079, AUSTIN, TX 78711, FORWARD VIA CERTIFIED MAIL TO PRESIDENT, DAVID L. RUSCH, 3930 16TH AVE, SW, CEDAR RAPIDS, IOWA 52406.**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M.on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| | |
|---|---|
| Court: | **411TH Judicial District Court of Polk County, Texas**<br>**101 W. Mill St., TX 77351** |
| Cause No.: | **CIV30184** |
| Date of Filing: | **09-02-2016** |
| Document: | **Plaintiff's Original Petition and Request for Disclosure** |
| Parties in Suit: | **Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.;**<br>**and Tyron Jerome Chambers** |
| Clerk: | **Bobbye J. Richards, Polk County District Clerk**<br>**101 W. Mill St., Ste. 216, Livingston, Texas 77351** |
| Party or<br>Party's Attorney: | **Michael S. Tilton, Attorney for Plaintiff**<br>**3730 Kirby Drive, Suite 1020, Houston, TX 77098**<br>**Phone: (713) 774-8600** |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____ , Deputy

---

**Service Return**

Came to hand on the _____ day of _____, 20___ , at _____m., and executed on the _____ day of _____ , 20___, at _____ M by delivering to the  within named

_____ in person  a true copy of this citation, with attached copy(ies) of the _____ at
_____ .

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| | |
|---|---|
| Service Fee: $ _____ | |
| | Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____ , 20___

_____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

AFFIDAVIT
ATTACHED

A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## AFFIDAVIT OF ATTEMPTED SERVICE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, the undersigned, individually, make the following representations to the Judge of the said court, to induce her/him to enter an order authorizing me to serve citations and/or other notices issued from his/her court or to confirm to the provisions of a blanket order pursuant to Rule 103 Texas Rules of Civil Procedure. All representations are true and correct to my personal knowledge.

1. I am not less than 18 years of age.
2. I am an individual residing the State of Texas.
3. I am not a party and will not be interested in the outcome of any case in which I request the Court to authorize service by myself.
4. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.
5. I have studied and am familiar with this the TEXAS RULE OF CIVIL PROCEDURE, VERNONS TEXAS CIVIL STATUES, CIVIL PRACTICE AND REMEDIES CODE and all applicable rules and statues relating to service of citation and/or notices.

Before me, the undersigned authority, personally appeared Khang Le, who swore under oath that the following facts are true and correct:

"My name is Khang Le. I am a private process server authorized by the Supreme Court of Texas. I am an agent of Le Process. My business address is 12955 West Willow Place #690800, Houston, Texas 77070.

1.    Came to Hand September 9, 2016 at 9:00 AM– Came to hand Citation with the attached Plaintiff's Original Petition and Request for Disclosure; *In Docket Number CIV30184; In the 411th Judicial District Court of Polk County, Texas; Parties of the Suit Mickie Carrico VS. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers*

2.    I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUEST** on September 13 2016 at 11:12 AM a true and correct copy of the above numbered cause to **CRST International, Inc. by serving the Texas Secretary of State at PO Box 12079, Austin, Texas 78711 forward to President, David L. Rusch 3930 16th Avenue, SW, Cedar Rapids, Iowa 52406.**

3.    **ACCEPTANCE of the above documents was on September 15, 2016 at 8:38 AM.**

1

A CERTIFIED COPY
Page _____ 2 of 3
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

4.      See attached green card, certified mail receipt, usps receipt, and print out Product and Tracking Information.

_____
Khang Le SCH# 00772
License Expires March 31, 2018

**SWORN TO AND SUBSCRIBED BE BEFORE ME,** the undersigned Notary Public. On this ___ , day of _____ , 2016 to attest witness my hand and seal of office.

_____
NOTARY PUBLIC

SUSAN LE
Notary Public, State of Texas
My Commission Expires
July 21, 2018

2

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

AUSTIN, TX 78711~~OFFICIAL USE~~

For delivery information, visit our website at *www.usps.com®*.

| | | | 0060 09 |
|---|---|---|---|
| Postage | $ | $2.70 | |
| Certified Fee | | $0.00 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| | $1.78 | | |
| Total Postage & Fees | $ | $7.78 | 09/13/2016 SECRETARY OF STATE |

Sent To: CRST INTERNATIONAL INC - TEXAS
Street & Apt. No. or PO Box No. PO BOX 12079
City, State, ZIP+4 AUSTIN TEXAS 78711

PS Form 3800, July 2014                Sea Reverse for Instructions

7014 2870 0001 7462 4627

---

SENDER: COMPLETE THIS SECTION

☒ Complete items 1, 2, and 3.
☒ Print your name and address on the reverse so that we can return the card to you.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CRST INTERNATIONAL INC
TEXAS SECRETARY OF STATE
PO BOX 12079
AUSTIN TEXAS 78711

9590 9403 0652 5183 4957 12

2. Article Number (Transfer from service label)
7014 2870 0001 7462 4627

PS Form 3811, April 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent   ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
TPASS(?)   SEP 15 (?)   ☐ Yes ☐ No

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

```
================================
           ASHFORD WEST
     12655 WHITTINGTON DR
            HOUSTON
              TX
          77077-9998
          4803720060
09/13/2016  (800)275-8777  11:12 AM
================================
Product            Sale    Final
Description         Qty     Price

First-Class         1      $1.78
Mail
Large Envelope
  (Domestic)
  (AUSTIN, TX  78711)
  (Weight:0 Lb 4.50 Oz)
  (Expected Delivery Day)
  (Thursday 09/15/2016)
Certified           1      $3.30
  (USPS Certified Mail #)
  (70142870000174624627)
Return              1      $2.70
Receipt
  (USPS Return Receipt #)
  (95909403066625183495712)

Total                      $7.78

Cash                      $10.03
Change                    ($2.25)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.


*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*********************************
```

A CERTIFIED COPY
Page ____7____ of __5__
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

USPS.com® – USPS Tracking®                                                9/21/16, 10:33 AM

English        Customer Service        USPS Mobile                        Register / Sign In

# ✉USPS.COM·

## USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000174624627

On Time
Updated Delivery Day: Thursday, September 15, 2016

## Product & Tracking Information                          Available Actions

**Postal Product:**        **Features:**                         Text Updates
First-Class Mail®          Certified Mail™      Return Receipt

                           See tracking for related item: 9590940305625183495712   Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 15, 2016 , 8:38 am | Delivered | AUSTIN, TX 78711 |

Your item was delivered at 8:38 am on September 15, 2016 in AUSTIN, TX 78711.

| | | |
|---|---|---|
| September 15, 2016 , 7:30 am | Arrived at Unit | AUSTIN, TX 78711 |
| September 15, 2016 , 4:28 am | Departed USPS Destination Facility | AUSTIN, TX 78710 |
| September 14, 2016 , 1:49 pm | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| September 13, 2016 , 11:07 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| September 13, 2016 , 11:11 am | Acceptance | HOUSTON, TX 77077 |

State of Texas      §
County of Polk      §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true
and correct copy as the same appears on file and/or of record in
the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE ___10-4___ 20_16_.

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

## Track Another Package                                   Manage Incoming Packages

Tracking (or receipt) number                              Track all your packages from a dashboard.
                                                          No tracking numbers necessary.

_____        Track It            Sign up for My USPS ›

A CERTIFIED COPY
Page ___5___ of ___5___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV30184

Filed 09/27/2016 6:39:06 PM
Bobbye Richards
District Clerk
Polk County, Texas

Lorie Stringer, Deputy

## CITATION – Personal Service: TRC 99

THE STATE OF TEXAS                                    COUNTY OF POLK

CAUSE NO.CIV30184

TO: CRST MALONE, INC. BY SERVING THROUGH THE TEXAS SECRETARY OF STATE, PO BOX 12079, AUSTIN, TX 78711, FORWARD VIA CERTIFIED MAIL TO, PRESIDENT, BILL K. CHERRY, 1901 BRADFORD ROAD, TRUSSVILLE, AL 35173.

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M.on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 411TH Judicial District Court of Polk County, Texas<br>101 W. Mill St., TX 77351 |
|---|---|
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk<br>101 W. Mill St., Ste. 216, Livingston, Texas 77351 |
| Party or Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff<br>3730 Kirby Drive, Suite 1020, Houston, TX 77098<br>Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____, Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named

_____

_____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. _____ | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

AFFIDAVIT
ATTACHED

A CERTIFIED COPY
Page ___ of ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## AFFIDAVIT OF ATTEMPTED SERVICE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, the undersigned, individually, make the following representations to the Judge of the said court, to induce her/him to enter an order authorizing me to serve citations and/or other notices issued from his/her court or to confirm to the provisions of a blanket order pursuant to Rule 103 Texas Rules of Civil Procedure.  All representations are true and correct to my personal knowledge.

1. I am not less than 18 years of age.
2. I am an individual residing the State of Texas.
3. I am not a party and will not be interested in the outcome of any case in which I request the Court to authorize service by myself.
4. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.
5. I have studied and am familiar with this the TEXAS RULE OF CIVIL PROCEDURE, VERNONS TEXAS CIVIL STATUES, CIVIL PRACTICE AND REMEDIES CODE and all applicable rules and statues relating to service of citation and/or notices.

Before me, the undersigned authority, personally appeared Khang Le, who swore under oath that the following facts are true and correct:

"My name is Khang Le. I am a private process server authorized by the Supreme Court of Texas.  I am an agent of Le Process. My business address is 12955 West Willow Place #690028, Houston, Texas 77070.

1.      Came to Hand September 9, 2016 at 9:00 AM– Came to hand Citation with the attached Plaintiff's Original Petition and Request for Disclosure; *In Docket Number CIV30184; In the 411th Judicial District Court of Polk County, Texas; Parties of the Suit Mickie Carrico VS. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers*

2.      I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUEST** on September 13, 2016 at 11:10 AM a true and correct copy of the above numbered cause to **CRST Malone, Inc. by serving the Texas Secretary of State at PO Box 12079, Austin, Texas 78711, forward to President, Bill K. Cherry, 1901 Bradford Road, Trussville, AL 35173.**

3.      **ACCEPTANCE of the above documents was on September 15, 2016 at 8:38 AM.**

1

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

4.    See attached green card, certified mail receipt, usps receipt, and print out Product and Tracking Information.



Khang Le SCH# 00772
License Expires March 31, 2018

**SWORN TO AND SUBSCRIBED BE BEFORE ME,** the undersigned Notary Public. On this ___22___, day of ___September___, 2016 to attest witness my hand and seal of office.

NOTARY PUBLIC

SUSAN LE
Notary Public, State of Texas
My Commission Expires
July 21, 2018

2

A CERTIFIED COPY
Page ___3___ of ___5___
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy



A CERTIFIED COPY

Page ____4____ of ____5____

BOBBYE J. RICHARDS

Polk County, Texas

By _____ Deputy

USPS.com® - USPS Tracking®                                                  9/21/16, 10:38 AM

English          Customer Service          USPS Mobile                              Register / Sign In

## ≋USPS.COM·

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000174624610

On Time
Updated Delivery Day: Thursday, September 15, 2016

## Product & Tracking Information

Postal Product:                 Features:
First-Class Mail®               Certified Mail™          Return Receipt

                                See tracking for related item: 9590940306825183495705

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 15, 2016 , 8:38 am | Delivered | AUSTIN, TX 78711 |

Your item was delivered at 8:38 am on September 15, 2016 in AUSTIN, TX 78711.

| | | |
|---|---|---|
| September 15, 2016 , 7:30 am | Arrived at Unit | AUSTIN, TX 78711 |
| September 15, 2016 , 4:28 am | Departed USPS Destination Facility | AUSTIN, TX 78710 |
| September 14, 2016 , 1:49 pm | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| September 13, 2016 , 11:07 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| September 13, 2016 , 11:09 am | Acceptance | HOUSTON, TX 77077 |

## Available Actions

Text Updates

Email Updates

State of Texas       §
County of Polk       §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true
and correct copy as the same appears on file and/or of record in
the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE____10-4____20__16__.

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

## Track Another Package

Tracking (or receipt) number

[                                                    ]          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

A CERTIFIED COPY
Page ___3___ of _5_
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV30184

Filed 9/07/2016 6:39:06 PM
Bobbye Richards
District Clerk
Polk County, Texas
Lorie Stringer, Deputy

## CITATION -- Personal Service: TRC 99

THE STATE OF TEXAS                                    COUNTY OF POLK

CAUSE NO. CIV30184

TO: TYRON JEROME CHAMBERS, 32 MARYTON PARK COVE, LITTLE ROCK, ARKANSAS 72204 OR WHEREVER HE MAY BE FOUND.

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 411TH Judicial District Court of Polk County, Texas 101 W. Mill St., TX 77351 |
|---|---|
| Cause No.: | CIV30184 |
| Date of Filing: | 09-02-2016 |
| Document: | Plaintiff's Original Petition and Request for Disclosure |
| Parties in Suit: | Mickie Carrico vs. CRST Malone, Inc.; CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers |
| Clerk: | Bobbye J. Richards, Polk County District Clerk 101 W. Mill St., Ste. 216, Livingston, Texas 77351 |
| Party or Party's Attorney: | Michael S. Tilton, Attorney for Plaintiff 3730 Kirby Drive, Suite 1020, Houston, TX 77098 Phone: (713) 774-8600 |

Issued under my hand and seal of this said court on this the 6th day of September, 2016.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____, Deputy

### Service Return

Came to hand on the _____ day of _____, 20___ , at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named

_____

_____ in person a true copy of this citation, with attached copy(ies) of the _____ at

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

_____

| Service Fee: $ | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

** Service By Rule 106 TRC if directed by attached Court Order

AFFIDAVIT
ATTACHED

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## AFFIDAVIT OF ATTEMPTED SERVICE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, the undersigned, individually, make the following representations to the Judge of the said court, to induce her/him to enter an order authorizing me to serve citations and/or other notices issued from his/her court or to confirm to the provisions of a blanket order pursuant to Rule 103 Texas Rules of Civil Procedure. All representations are true and correct to my personal knowledge.

1. I am not less than 18 years of age.
2. I am an individual residing the State of Texas.
3. I am not a party and will not be interested in the outcome of any case in which I request the Court to authorize service by myself.
4. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.
5. I have studied and am familiar with this the TEXAS RULE OF CIVIL PROCEDURE, VERNONS TEXAS CIVIL STATUES, CIVIL PRACTICE AND REMEDIES CODE and all applicable rules and statues relating to service of citation and/or notices.

Before me, the undersigned authority, personally appeared Khang Le, who swore under oath that the following facts are true and correct:

"My name is Khang Le. I am a private process server authorized by the Supreme Court of Texas. I am an agent of Le Process. My business address is 12955 West Willow Place #690028, Houston, Texas 77070.

1.     Came to Hand September 9, 2016 at 9:00 AM– Came to hand Citation with the attached Plaintiff's Original Petition and Request for Disclosure; *In Docket Number CIV30184; In the 411th Judicial District Court of Polk County, Texas; Parties of the Suit Mickie Carrico VS. CRST Malone, Inc.; CRST International, Inc,; CRST Expedited, Inc.; and Tyron Jerome Chambers*

1

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

2.     I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUEST** on September 13, 2016 at 11:10 AM a true and correct copy of the above numbered cause to **Tryon Chambers at 32 Maryton Park Cove, Little Rock, Arkansas 77204.**

3.     **ACCEPTANCE** of the above documents was on September 16, 2016 at 11:01 AM.

4.     See attached green card, certified mail receipt, usps receipt, and print out Product and Tracking Information.

_____

Khang Le SCH# 00772
License Expires March 31, 2018

**SWORN TO AND SUBSCRIBED BE BEFORE ME**, the undersigned Notary Public.     On this ___, day of _____, 2016 to attest witness my hand and seal of office.

_____

NOTARY PUBLIC

SUSAN LE
Notary Public, State of Texas
My Commission Expires
July 21, 2018

2

A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## U.S. Postal Service
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

LITTLE ROCK, AR 72204

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.70 | :0060 |
| Certified Fee | $0.00 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $1.36 | |
| Total Postage & Fees | $ | $7.36 |

09/13/2016

Sent To
TYRON JEROME CHAMBERS
Street & Apt. No. or PO Box No. 32 MARYTON PARK COVE
City, State, ZIP+4 LITTLE ROCK, ARKANSAS 72204

PS Form 3800, July 2014          See Reverse for Instructions

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

☐ Complete items 1, 2, and 3.
☐ Print your name and address on the reverse so that we can return the card to you.
☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TYRON JEROME CHAMBERS
32 MARYTON PARK COVE
LITTLE ROCK, ARKANSAS 72204

9590 9403 0662 5183 4957 36

2. Article Number (Transfer from service label)
7014 2870 0001 7462 4634

PS Form 3811, April 2015 PSN 7530-02-000-9053

7014 2870 0001 7462 4634

---

ASHFORD WEST
12655 WHITTINGTON DR
HOUSTON
TX
77077-9998
4803720060
09/13/2016    (800)275-8777    11:15 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail | 1 | $1.36 |
| Large Envelope (Domestic) (LITTLE ROCK, AR 72204) (Weight:0 Lb 2.60 Oz) (Expected Delivery Day) (Friday 09/16/2016) | | |
| Certified (USPS Certified Mail #) (70142870000174624634) | 1 | $3.30 |
| Return Receipt (USPS Return Receipt #) (9590940306625183495736) | 1 | $2.70 |
| Total | | $7.36 |
| Cash | | $20.00 |
| Change | | ($12.64) |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

**********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
**********************************

---

A CERTIFIED COPY
Page 4 of 5
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

English          Customer Service          USPS Mobile                                    Register / Sign In

# ≋USPS.COM·

## USPS Tracking®

Still Have Questions?
Browse our FAQs ›


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000174624634

Expected Delivery Day: **Friday, September 16, 2016**

## Product & Tracking Information

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™          Return Receipt

                             See tracking for related item: 9590940306625183495736

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 16, 2016 , 11:01 am | Delivered, Left with Individual | LITTLE ROCK, AR 72204 |

Your item was delivered to an individual at the address at 11:01 am on September 16, 2016 in LITTLE ROCK, AR 72204.

| | | |
|---|---|---|
| September 16, 2016 , 2:32 am | Departed USPS Destination Facility | LITTLE ROCK, AR 72231 |
| September 15, 2016 , 1:25 pm | Arrived at USPS Destination Facility | LITTLE ROCK, AR 72231 |
| September 13, 2016 , 11:07 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| September 13, 2016 , 11:13 am | Acceptance | HOUSTON, TX 77077 |

## Available Actions

Text Updates

Email Updates

State of Texas          §
County of Polk          §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy as the same appears on file and/or of record in the District Clerks Office, the legal depository for such records. SIGNED AND SEALED THIS DATE ___10-7___ 20 _16_.

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

## Track Another Package

Tracking (or receipt) number

_____          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

A CERTIFIED COPY
Page ___ of ___
BOBBYE J. RICHARDS
Polk County Texas
By _____ Deputy

Filed 10/18/2016 10:12:36 AM
Bobbye Richards
District Clerk
Polk County, Texas

Charles Moore, Deputy

CAUSE NO. 030184

| | | |
|---|---|---|
| **MICKIE CARRICO** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **POLK COUNTY, TEXAS** |
| | § | |
| **CRST MALONE, INC.; CRST** | § | |
| **INTERNATIONAL, INC.; CRST** | § | |
| **EXPEDITED, INC.; and TYRON** | § | |
| **JEROME CHAMBERS** | § | |
| **CAPITAL TRANSPORT, LLC** | § | |
| *Defendants*. | § | **411ᵗʰ JUDICIAL DISTRICT** |

### DEFENDANTS CRST MALONE, INC., CRST INTERNATIONAL, INC.; CRST EXPEDITED, INC.; AND TYRON JEROME CHAMBERS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, CRST Malone, Inc., CRST International, Inc.; CRST Expedited, Inc.; and Tyron Jerome Chambers ("Defendants"), Defendants in the above styled and numbered cause, files this Original Answer to Plaintiff's Original Petition, as follows:

### GENERAL DENIAL

Pursuant to Tex. R. Civ. P. 92, Defendants assert a general denial to each and every allegation in Plaintiff's Petition and demands strict proof thereof. Defendants respectfully request that Plaintiff be required to prove the charges and allegations against these Defendants by a

2271073v.1

preponderance of the evidence as is required by the Constitution and the laws of the State of Texas.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses under Texas Rule of Civil Procedure 94:

1.      No act(s) or omission(s) of Defendants was the proximate cause of any injury to Plaintiff.

2.      Defendants allege, in the alternative, the affirmative defense of comparative responsibility, comparative or contributory negligence, and/or comparative causation. Defendant further alleges that any injuries to Plaintiff were solely caused, or in the alternative, proximately caused by the acts and omissions of Plaintiff, fault of third parties for whom Defendants are not legally responsible or had control, and/or other defendants for which Defendants would not be in any way responsible.

3.      Defendants allege, in the alternative, that Plaintiff failed to observe or use ordinary care during the time and at the place of the alleged injuries. Plaintiff's failure to use that degree of care as would have been used by ordinarily reasonable and prudent persons under the same or similar circumstances proximately caused the injuries which Plaintiff complains of in Plaintiff's Petition.

4.      Defendants, while continuing to deny any and all liability, in the alternative, in the event Defendants are held liable to Plaintiff, asserts its rights of indemnity and contribution of and from, any and all other Defendants, or in the alternative, for comparative offset and contribution

for the negligence, liability, fault or conduct attributable to any other Defendants, parties and or Responsible Third Parties.

5.      Defendants assert that Plaintiff is not entitled to punitive damages because no conduct by Defendants created an extreme degree of risk, nor was there any conscious indifference to risks, if any.

6.      Defendants assert, in the alternative, the affirmative defenses of waiver, release, and statute of limitations.

7.      Defendants further allege that any award of medical and/or health care expenses must be limited to the amount actually paid or incurred by or on behalf of the Plaintiff in accordance with Texas Civil Practice and Remedies Code § 41.0105.

8.      Defendants further allege that any award of future medical and/or health care expenses must be limited to (1) the present value of the reasonable premium cost of Plaintiff's future health insurance, the purchase of which by Plaintiff, and the requirement of coverage for pre-existing conditions by the insurers, are both mandated by the Federal Government under the "Affordable Care Act," and (2) those amounts which will actually be paid or incurred by or on behalf of Plaintiffs, in accordance with Texas Civil Practice and Remedies Code § 41.0105.

9.      Pleading further and without waiving any other defense, Defendants invoke Section 18.091 of the Texas Civil Practice and Remedies Code, which requires Plaintiffs to prove evidence of loss of earnings, loss of earning capacity and any other loss of pecuniary value in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law.

10.     Pleading further and without waiving any other defense, Defendants invoke the provisions of the Affordable Care Act under which the government of the United States has required every person  in this country to obtain health insurance or face a punitive tax, and the Act further requires every insurer doing business in the United States to insure pre-existing conditions. Accordingly any recovery by Plaintiff for future medical expenses, if any, should be limited to the present value of the future cost of obtaining health insurance by Plaintiff, as required by the Affordable Care Act, in addition to the present value of the future cost of any non-insured healthcare related items made necessary by the incident made the basis of this litigation.

## JURY DEMAND

11.     Defendants respectfully demand a trial by jury in accordance with Texas Rule of Civil Procedure Rule 216 and tenders the appropriate fee.

## PROPORTIONATE RESPONSIBILITY

12.     If Defendants are found liable for damages, Defendants intend to seek a reduction of damages pursuant to TEX. CIV. PRAC. & REM. CODE CHAPTER § 33. All of the above parties', persons' or entities' proportionate responsibility or comparative responsibility must be submitted to the trier of fact along with the proportionate responsibility and/or comparative responsibility of the Plaintiff, other Parties, Settled Parties and Responsible Third Parties, as required by §33.001, §33.003, and §33.013 of the Texas Civil Practice and Remedies Code.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff take nothing by his claims, and Defendants thereafter recover costs of court to be assessed against the Plaintiff.  Further, Defendants pray for judgment against Plaintiff and to be fully and finally discharged from any liability herein, and for such other and further relief, whether general or special, at law or in equity, including costs, reasonable attorneys' fees and interest, as to which Defendants may show themselves to be justly entitled.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By: */s/ Kent M. Adams*
**KENT M. ADAMS**
Texas Bar No. 00869200
Kent.Adams@wilsonelser.com
**SARAH M. DAVIS**
Texas Bar No. 24031998
Sarah.Davis@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713)-353-2000—Telephone
(713)-785-7780—Facsimile


**ATTORNEYS FOR DEFENDANTS:
CRST     MALONE,     INC.,     CRST
INTERNATIONAL, INC., CRST EXPEDITED,
INC., and TYRON JEROME CHAMBERS**

2271073v.1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the forgoing instrument was forwarded to Plaintiff's attorney of record via electronic mail and/or certified mail, return receipt requested, on October 10,  2016.

*/s/ Kent M. Adams*
Kent M. Adams